# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

## JUDGMENT IN A CIVIL CASE

**TSYS MERCHANT SOLUTIONS, LLC.,**

        **Plaintiff,**

v.                                          **CIVIL CASE: 16-4024-SAC**

**PIPELINE PRODUCTION, INC.,**
**PIPELINE TICKETING, LLC., and**
**NATHAN PRENGER,**

        **Defendants.**

**( )**    **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**( X )**    **DECISION BY THE COURT.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to memorandum and order (Doc. 23), filed September 8, 2016, Plaintiff TSYS Merchant Solutions, LLC is entitled to judgment in its favor and against Pipeline Ticketing, LLC in the amount of $97,609.80 according to the terms of the written settlement agreement.

**Dated: May 12, 2017**        **TIMOTHY M. O'BRIEN, CLERK**

                                                                    s/M. Barnes
                                                    **By: Deputy Clerk**